PS8B
(09/20)

**Name of Defendant:** Sabastian Lee Atondo            December 6, 2023
**Docket No.:** 3:23-cr-02430-JES-1            Page 1

PS8B
(09/20)
           December 6, 2023

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Sabastian Lee Atondo      **Dkt No.:** 3:23-cr-02430-JES-1

**Name of Judicial Officer:** The Honorable James E. Simmons, U.S. District Judge (Matter referred to the Honorable Lupe Rodriguez Jr., U.S. Magistrate Judge)

**Date Conditions Were Ordered:** November 8, 2023, before the Honorable Lupe Rodriguez Jr., U.S. Magistrate Judge

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess a firearm, destructive device, or other dangerous weapon; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language.  The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, Imperial County, do not enter Mexico. Additional conditions include actively seek or continue full-time employment, or schooling, or a combination of both. Reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility, clear all warrants/FTA's and pay fine within 60 days of release or as directed by the Pretrial Services Office, submit to psychological/psychiatric treatment at Pretrial Services' discretion, submit to drug/alcohol testing no more than four times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.

**Modification:** On November 22, 2023, the Court was informed Pretrial Services obtained a copy of the conditions of release as ordered by Imperial County Superior Court on October 22, 2021, which ordered the defendant to participate in the Sex Offender Management Program and ordered sex offender supervision conditions. Our office recommended and the Court agreed to modify Pretrial Services conditions of release to be similar to Imperial County Probation and modified the defendant's conditions of release to include: the defendant surrender passports and all travel documents to Pretrial Services. Do not apply or reapply for any passport or travel documents during the pendency of case; avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense; submit to psychiatric/psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sexual crimes; participate

PS8B
(09/20)

**Name of Defendant:** Sabastian Lee Atondo  December 6, 2023
**Docket No.:** 3:23-cr-02430-JES-1  Page 2

in the "computer monitoring program" and do not use/access any computer without monitoring software installed, unless approved in advance by Pretrial Services; do not access any social networking sites including, but not limited to, Myspace, Facebook; do not access any website or possess any material depicting sexually explicit conduct as defined by title 18 U.S.C. 2256(2); do not access any online computer service or any other device with internet capabilities (iPod), X-box, Wii, cellular phone) at any location, at any time. This includes any internet service provider, bulletin board system or other public or private network; no direct or indirect contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and who must be physically present at the time of the contact; report to Pretrial Services within 8 hours of any unauthorized contact with any person under the age of 18; do not engage in any paid occupation or volunteer service that allows for direct or indirect exposure to children under the age of 18, unless approved in advance by the Court and Pretrial Services; shall not frequent or loiter in any place where children under the age of 18 congregate (e.g., schools, parks, playgrounds, video arcades, swimming pools, etc.); notify employer of conditions of release before starting work; participate in the Location Monitoring program and abide by all technology requirements. Defendant shall pay all or part of the costs of monitoring as directed by the court and/or the Pretrial Services officer. Defendant and sureties are responsible for all equipment associated with this program including loss or damage; the defendant will be placed on (x) GPS monitoring under the following, (x) Home Detention.

**Date Released on Bond:** December 15, 2023

**Charged Offense:** 8:1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

**Next Court Hearing:** December 29, 2023 (Motion Hearing/Trial Setting)

| | |
|---|---|
| **Asst. U.S. Atty.:**  Parker Gardner-Erickson  619-241-9755 | **Defense Counsel:** Troy Owens, Jr.  (appointed)  619-765-5000 |

**Prior Violation History:** None.

PS8B
(09/20)

**Name of Defendant:** Sabastian Lee Atondo December 6, 2023
**Docket No.:** 3:23-cr-02430-JES-1 Page 3

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO ORDER THE DEFENDANT NOT TO ASSOCIATE OR COMMUNICATE WITH ANYONE YOU KNOW OR REASONABLY SHOULD KNOW TO BE ANY PERSON UNDER THE AGE OF 18 OR FREQUENT PLACES WHERE YOU KNOW OR REASONABLY SHOULD KNOW THAT PERSONS UNDER THE AGE OF 18 CONGREGATE, INCLUDING BUT NOT LIMITED TO SCHOOLYARDS, PARKS, AMUSEMENT PARKS, CONCERTS, PLAYGROUNDS, SWIMMING POOLS AND ARCADES AND DO NOT RESIDE WITH ANY PERSON YOU KNOW OR REASONABLY SHOULD KNOW TO BE UNDER THE AGE OF 18, INCLUDING BUT NOT LIMITED TO YOUR NATURAL CHILDREN, STEPCHILDREN, OR ANY OTHER MINOR UNDER THE AGE OF 18 WITH WHOM YOU HAVE A PARENTING, GUARDIANSHIP, OR SUPERVISORY RELATIONSHIP UNLESS APPROVED IN ADVANCE AND IN WRITING BY THE COURT.

## CAUSE

On December 5, 2023, the undersigned conducted an unannounced visit at the defendant's residence. During the contact, information was received indicating a minor was visiting the defendant without State Probation's knowledge or permission. The undersigned discussed with the defendant he may be in violation of his conditions of State Probation, which do not allow him to be in the presence of minors. He was further advised the undersigned would be requesting a modification to request the same condition be added to his conditions of pretrial release. The defendant did not indicate whether he supported, or did not support the modification, but stated he understood.

On December 6, 2023, Pretrial Services contacted the assigned Assistant United States Attorney, Parker Gardner, who reported no objections to the proposed modification. On the same day, Pretrial Services also contacted the defendant's surety, Armando Atondo, who reported no objections to the proposed modification. At the time of this report, a response has not been received by defense counsel.

Based on the information presented, our office respectfully recommends the defendant's conditions of release be modified to include conditions like the Imperial County Probation Department regarding his interactions which persons under the age of 18.

PS8B
(09/20)

| | |
|---|---|
| **Name of Defendant:** Sabastian Lee Atondo | December 6, 2023 |
| **Docket No.:** 3:23-cr-02430-JES-1 | Page 4 |

**I declare under penalty of perjury that the foregoing is true and correct.**

**Execute on: December 6, 2023**

| Respectfully submitted: | Review and approved: |
|---|---|
| by *Cynthia Cera* | *[signature]* |
| Cynthia Cera | Teresa Salgado |
| U.S. Pretrial Services Officer | Supervisory U.S. Pretrial Services Officer |
| 760-339-4226 | |
| Place: El Centro, California | |

**THE COURT ORDERS:**

X **AGREE,** MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO ORDER THE DEFENDANT NOT TO ASSOCIATE OR COMMUNICATE WITH ANYONE YOU KNOW OR REASONABLY SHOULD KNOW TO BE ANY PERSON UNDER THE AGE OF 18 OR FREQUENT PLACES WHERE YOU KNOW OR REASONABLY SHOULD KNOW THAT PERSONS UNDER THE AGE OF 18 CONGREGATE, INCLUDING BUT NOT LIMITED TO SCHOOLYARDS, PARKS, AMUSEMENT PARKS, CONCERTS, PLAYGROUNDS, SWIMMING POOLS AND ARCADES AND DO NOT RESIDE WITH ANY PERSON YOU KNOW OR REASONABLY SHOULD KNOW TO BE UNDER THE AGE OF 18, INCLUDING BUT NOT LIMITED TO YOUR NATURAL CHILDREN, STEPCHILDREN, OR ANY OTHER MINOR UNDER THE AGE OF 18 WITH WHOM YOU HAVE A PARENTING, GUARDIANSHIP, OR SUPERVISORY RELATIONSHIP UNLESS APPROVED IN ADVANCE AND IN WRITING BY THE COURT.

\_\_\_\_ Other _____

*[signature]*                                                                                                   12/6/23

The Honorable Lupe Rodriguez Jr.                                                        Date
U.S. Magistrate Judge